# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN ALI BENITEZ-ENRIQUEZ, <br><br> Defendant. | Case No. 21-cr-01273-GPC <br> 21-mj-01313-MDD <br><br> **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

The United States of America's Motion to Dismiss the Information (ECF No. 18), without prejudice, is GRANTED. The Court dismisses the Information without prejudice.

**IT IS SO ORDERED.**

Dated: June 14, 2021

Hon. Gonzalo P. Curiel
United States District Judge